UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:  CASE #   16-71757-JHH-13
    BOBBY FOSTER RAY

    DEBTOR.

NOTICE OF WITHDRAWAL

Comes now C. David Cottingham, Standing Trustee, and withdraws the Objection to Claim 007 of creditor UNITED CONSUMER FINANCIAL filed on February 3, 2017.

Objection filed in error.

/s/ C. David Cottingham
C. David Cottingham, Standing Trustee

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the above Notice upon the Attorney for the Debtor, and the Debtor, by mailing a copy of the same with adequate postage thereon or by electronic means when available.

BOBBY FOSTER RAY, 4126 19TH PLACE, TUSCALOOSA, AL 35401
THOMAS W. HINOTE, DOWDY & HINOTE, 2316 UNIV. BLVD, TUSCALOOSA, AL 35401
UNITED CONSUMER FINANCIAL, BASS & ASSOCIATES, PC, 3936 EAST FORT LOWELL RD, STE 200, TUCSON, AZ 85712

This the 15th day of February, 2017.

/s/ C. David Cottingham
C. David Cottingham, Standing Trustee

CDC/dj